UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN PERRY, SR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | CASE NO. CV 17-8479 DOC (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's motion to dismiss is GRANTED; and (2) judgment be entered denying the Petition with prejudice as time-barred.

DATED: July 16, 2018

　　　　　　　　　　　　　　　　　　／s／ David O. Carter
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　United States District Judge