UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN PERRY, SR., <br> Petitioner, <br> v. <br> DANIEL PARAMO, Warden, <br> Respondent. | CASE NO. CV 17-8479 DOC (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice as time-barred.

DATED: July 16, 2018

_____
DAVID O. CARTER
United States District Judge